```
FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
AUG 30 2013
OFFICE OF THE CLERK
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:13CR314 - 2 |
| Plaintiff, | ) | |
| -vs- | ) | ORDER |
| Anisha Martinez | ) | |
| Defendant. | ) | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Sean M. Conway, as a Criminal Justice Act Training Panel Member, to assist in the defense of Anisha Martinez.

Accordingly, pursuant to the terms of Appendix I, Part 1(c) of the Amended Criminal Justice Act Plan for the District of Nebraska, Sean M. Conway is hereby assigned to assist the CJA Panel Attorney Jason E. Troia in the representation of the Defendant in the above-captioned case, and must file an entry of appearance forthwith. Sean M. Conway shall not be eligible to receive compensation for his services in this case.

CJA Jason E. Troia shall continue to be primary counsel on behalf of the Defendant, Anisha Martinez.

Dated: 8/30/13

BY THE COURT:

_____
United States Magistrate Judge