**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **8:13CR314** |
| **Plaintiff,** | |
| **vs.** | **ORDER** |
| **ANISHA MARTINEZ** | |
| **Defendant.** | |

The government has filed a Motion to Dismiss [Filing No. 257] the Petition for Offender Under Supervision [Filing No. 223].  For that reason, the motion is granted.

IT IS ORDERED:

1.     The Petition for Offender Under Supervision [Filing No. 223], filed herein, is dismissed, without prejudice.


Dated this 12th day of December 2018.

BY THE COURT:

s/ Laurie Smith Camp
United States District Judge